Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff
TINA L. JOHNSON

*E-FILED - 1/27/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TINA L. JOHNSON<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Case No.: C-08-02558 RMW<br><br>{ } ORDER ON STIPULATION |

IT IS SO ORDERED on the stipulation of the parties that briefing schedule is approved and the Case Management Conference set for January 29, 2010 is vacated.

DATE: 1/27/10

*Ronald M. Whyte* (signature)

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT

-1-