**E-FILED on** 3/30/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TINA JOHNSON, | No. C-08-02558 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

The parties' cross-motions for summary judgment having been considered and a decision remanding the action for further proceedings having been rendered, IT IS HEREBY ORDERED that judgment be entered pursuant to 42 U.S.C. §405 (g) vacating the decision of the Commissioner and remanding the action for further proceedings in accordance with the court's order.

DATE: 3/30/2011

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT-08-02558 RMW
JLR