Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Tina Johnson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA JOHNSON, | Case No.: C-08-02558 RMW |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE RONALD M. WHYTE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Tina Johnson be awarded attorney fees and expenses in the amount of TWO THOUSAND FIVE HUNDRED dollars ($2,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1   After the Court issues an order for EAJA fees to Tina Johnson, the
2  government will consider the matter of Tina Johnson's assignment of EAJA fees to
3  Marc V. Kalagian.  Pursuant to *Astrue v. Ratliff*, ___ U.S. ___, 2010 WL 2346547
4  (June 14, 2010), the ability to honor the assignment will depend on whether the
5  fees are subject to any offset allowed under the United States Department of the
6  Treasury's Offset Program.  After the order for EAJA fees is entered, the
7  government will determine whether they are subject to any offset.
8   Fees shall be made payable to Tina Johnson, but if the Department of the
9  Treasury determines that Tina Johnson does not owe a federal debt, then the
10  government shall cause the payment of fees, expenses and costs to be made
11  directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment
12  executed by Tina Johnson.  Any payments made shall be delivered to Marc V.
13  Kalagian.
14   This stipulation constitutes a compromise settlement of Tina Johnson's
15  request for EAJA attorney fees, and does not constitute an admission of liability on
16  the part of Defendant under the EAJA.  Payment of the agreed amount shall
17  constitute a complete release from, and bar to, any and all claims that Tina Johnson
18  and/or Marc V. Kalagian including Law Offices of Rohlfing & Kalagian, LLP may
19  have relating to EAJA attorney fees in connection with this action.
20   Marc V. Kalagian reserves the right to contend that any non-payment caused
21  by the collection of a federal debt owed by Tina Johnson violates 31 C.F.R. §
22  285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in
23  this stipulation shall be construed as an admission by Marc V. Kalagian that the
24  Government has the right or authority to offset the fees due and payable pursuant
25  to this stipulation.
26

1  This award is without prejudice to the rights of Marc V. Kalagian and/or
2  Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42
3  U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: April 27, 2011         Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Tina Johnson

DATED: April 27, 2011

BENJAMIN B. WAGNER
United States Attorney


/s/ *Armand D. Roth*
_____
Armand D. Roth
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)


PURSUANT TO STIPULATION, IT IS SO ORDERED that fees and expenses in the amount of $2,500.00 as authorized by 28 U.S.C. § 2412).

Dated:  05/17/2011

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States Magistrate Judge

-3-